IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HANALEI YUKUTARU AIPOALANI, #53121-509,<br><br>Plaintiff,<br><br>v.<br><br>ESTELLA DERR, *et al.*,<br><br>Defendants. | CIVIL NO. 22-00093 DKW-RT<br><br>ORDER GRANTING IN FORMA PAUPERIS APPLICATION |

Before the Court is Plaintiff's Application to Proceed In Forma Pauperis by a Prisoner ("Application"). ECF No. 2; ECF No. 4. Because Plaintiff qualifies as a pauper, the Application is GRANTED. *See* 28 U.S.C. § 1915(a)(1). As a prisoner, Plaintiff is obligated to pay the full filing fee regardless of the outcome of this suit. *See* 28 U.S.C. §§ 1915(b)(1) & (e)(2). Plaintiff shall pay an initial partial filing fee of 20% of the greater of: (1) the average monthly deposits to his account; or (2) the average monthly balance in his account for the six-month period immediately preceding the filing of the Complaint. 28 U.S.C. § 1915(b)(1). Thereafter, Plaintiff shall make monthly payments equaling 20% of the preceding month's income credited to his account, when the amount in his account exceeds $10.00, until the $350.00 civil filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

IT IS HEREBY ORDERED that:

(1)  The Warden of the Federal Detention Center-Honolulu ("FDC-Honolulu"), or the Warden's designee, shall calculate, collect, and remit to the Clerk of Court an initial partial payment equaling 20% of Plaintiff's average monthly balance or average monthly deposits to his account within the past six months, whichever is greater.  Thereafter, the Warden or designee shall collect monthly payments equaling 20% of Plaintiff's preceding month's income when the account exceeds $10.00, until the $350.00 filing fee is paid in full.  *See* 28 U.S.C. § 1915(b)(2).  These payments must be identified by the name and number assigned to this action.

(2)  The Clerk is directed to serve a copy of this order on Plaintiff, the FDC-Honolulu Warden and Financial Office, and/or the Bureau of Prisons, and submit a copy of this order to the District of Hawaii's Financial Department.

IT IS SO ORDERED.

DATED:  April 4, 2022 at Honolulu, Hawaiʻi



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

*Aipoalani v. Derr*; Civil No. 22-00093 DKW-RT; **ORDER GRANTING IN FORMA PAUPERIS APPLICATION**