# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| HANALEI YUKUTARU AIPOALANI, #53121-509<br><br>　　　Plaintiff,<br><br>　　　V.<br><br>NATHAN KWON; R. JOHNSON and ESTELA DERR<br><br>　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 22-00093 DKW-RT<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>July 21, 2022<br><br>At 11 o'clock and 00 min a.m.<br>PAM HARTMAN BEYER, CLERK |

[ ]　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]　**Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Order Dismissing Complaint With Partial Leave to Amend", ECF No. 6, filed on April 27, 2022, the "Order (1) Dismissing First Amended Complaint With Leave to Amend, and (2) Denying Motion to Request Court Appointed Counsel", ECF No. 9, filed on June 9, 2022 and the "Order Dismissing Second Amended Complaint and Action", ECF No. 12, filed on July 21, 2022. Pursuant to the July 21st order, the Second Amended Complaint is dismissed for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b). It is further ordered that this dismissal may constitute a strike under 28 U.S.C. § 1915(g).

| | |
|---|---|
| July 21, 2022 | PAM HARTMAN BEYER |
| Date | Clerk |
| | /s/ PAM HARTMAN BEYER by EA |
| | (By) Deputy Clerk |